Argued and submitted June 17, reversed and remanded for reconsideration July 8, 1992

In the Matter of the Compensation of
Gary D. Tolle, Claimant.

SAIF CORPORATION
and Hoot Owl Cutting,
*Petitioners,*

*v.*

Gary D. TOLLE,
*Respondent.*

(WCB 88-17648; CA A65379)

832 P2d 55

---

Katherine H. Waldo, Assistant Attorney General, Salem, argued the cause for petitioners. With her on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Karen M. Werner, Eugene, argued the cause for respondent. With her on the brief were Allan H. Coons and Coons, Cole & Cary, Eugene.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Aetna Casualty Co. v. Aschbacher*, 107 Or App 494, 812 P2d 844, *rev den* 312 Or 150 (1991).